

## NUMBER 13-15-00190-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JOSE LUIS FALCON,                                                   **Appellant,**

**v.**

THE STATE OF TEXAS,                                                **Appellee.**

### On appeal from the 24th District Court
### of De Witt County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam

Appellant, Jose Luis Falcon, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of May, 2015.